IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01130-MJW

VALERIE A. MARTINEZ-BUTLER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on September 29, 2015, incorporated herein by reference, it is

    ORDERED that the Commissioner's decision is REVERSED.  It is

    FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Valerie A. Martinez-Butler, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security. It is

    FURTHER ORDERED that Plaintiff is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado this  29th  day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. Libid
S. Libid, Deputy Clerk