IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01130-MJW

VALERIE A. MARTINEZ-BUTLER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

ORDER ( Docket No 33 )

---

Upon stipulation by the parties, it is hereby ORDERED that Plaintiff is awarded $4,800.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

    Valerie A. Martinez-Butler
    c/o Michael W. Seckar, esq.
    402 W. 12th Street
    Pueblo, CO 81003

December 23, 2015
Denver, Colorado

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

1

Submitted by:

For Plaintiff:

s/Michael W. Seckar
Michael W. Seckar
Michael W. Seckar, P.C.
Attorney for Plaintiff
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado
J. BENEDICT GARCÍA
Assistant United States Attorney
District of Colorado

By: /s/ M. Thayne Warner
M. THAYNE WARNER
Special Assistant U.S. Attorney
1961 Stout Street, Suite 4169
Denver, CO 80202-4003
Telephone: (303) 844-7237
thayne.warner@ssa.gov

Of Counsel:
John Jay Lee, Regional Chief Counsel
1961 Stout Street, Suite 4169
Denver, CO 80202-4003